453 A.2d 365

**Raymond ROTKEWICZ, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION.**

Superior Court of Pennsylvania.

Argued Nov. 4, 1982.

Filed Dec. 17, 1982.

Norman Blatt, Allentown, for appellant.

Walter F. Froh, Harrisburg, for appellee.

Before SPAETH, ROWLEY and VAN der VOORT, JJ.

## OPINION

PER CURIAM:

This appeal is from an order sustaining appellee's demurrer to appellant's complaint in trespass and assumpsit. It will be transferred to the Commonwealth Court.

Appellant argues, *inter alia,* that the Department of Transportation has a duty to ensure that all registered motor vehicles are covered with proper no-fault insurance, and that without requiring proof of such coverage, it negligently issued a vehicle registration to the driver who injured appellant.

We think this case is within the jurisdiction of the Commonwealth Court, *see* 42 C.S.A. § 762(a)(1) and § 761(a)(1)(iii) and (iv), and that it should, accordingly, be heard there.

This appeal is transferred to the Commonwealth Court.